Christopher R. Kaup, Esq.
AZ State Bar No. 014820
Jeffrey A. Sandell, Esq.
AZ State Bar No. 020658
**TIFFANY & BOSCO**
——————— P.A. ———————
THIRD FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-4237
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0103

*Attorneys for Debtor, Integrated Information Systems, Inc.*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>INTEGRATED INFORMATION SYSTEMS, INC.,<br><br>Debtor. | (Chapter 11 Proceeding)<br><br>Case No. 2:06-bk-01257-RTB<br><br>**DEBTOR'S APPLICATION TO EMPLOY ACCOUNTING FIRM** |

Integrated Information Systems, Inc. (hereafter "IIS" or "Debtor") hereby respectfully submits this Application to Employ Accounting Firm, pursuant to 11 U.S.C. §§ 327(a), 328(a) & 1107 and Rule 2014, Fed.R.Bankr.P., and states that:

1. On May 2, 2006, certain entities (the "Petitioning Creditors") alleging that they held claims against IIS filed an involuntary Chapter 7 bankruptcy petition against IIS in this Court ("Involuntary Petition"). The Involuntary Petition was eventually served on IIS and IIS' response thereto was originally due on July 3, 2006. By agreement, and later by order of this Court, that deadline was extended.

315166                                                    -1-

2. On August 9, 2006, IIS filed its "<u>Motion to Convert Case to Chapter 11 Proceeding and Enter Order for Relief as Voluntary Chapter 11 Case</u>" (hereinafter the "Conversion Motion"). IIS sought to convert its case to Chapter 11, so that it could operate as a debtor-in-possession under the Bankruptcy Code. On August 14, 2006, the Conversion Motion was granted, an order for relief was entered, and pursuant to 11 U.S.C. §§ 1107(a) and 1108, IIS currently operates as a debtor-in-possession.

3. Debtor has retained Semple & Cooper, L.L.P. (the "Firm") primarily to perform tax services for the Debtor and seeks approval from the Court for the employment of the Firm to serve as Debtor's accountants for the purpose of providing such services.

4. Debtor is a publicly-traded company that has selected the Firm for the reason that the Firm has much experience in providing accounting and tax related services to businesses such as IIS.

5. Debtor believes that the Firm is well qualified to represent it in this proceeding. Furthermore, Debtor believes that its interests and the interests of the Bankruptcy Estate will be best served by the retention of the Firm.

6. The professional services to be rendered to Debtor by the Firm primarily include preparing tax returns and reports to be filed with various taxing authorities and providing to Debtor tax advice regarding compliance with applicable tax laws and regulation, and consulting, as necessary, with Debtor's General and Special Counsel regarding such matters. The Firm may also perform such other accounting services as may be required in the interest of Debtor and the Bankruptcy Estate.

7. To the best of the Debtors' knowledge, information and belief, the Firm does not presently hold any interests adverse to the Debtor, its Bankruptcy Estate, its creditors, or any other party in interest herein in matters for which the Firm is proposed to be retained.

8. The Firm is a "disinterested person", as defined in Section 101(14) and as required by section 327(a) of the Bankruptcy Code. The Semple Affidavit, executed on behalf of the Firm in accordance with Section 327 of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure, is filed contemporaneously herewith and incorporated herein by reference. The Debtor's knowledge, information and belief regarding the matters set forth in this application are based, and made in reliance upon, the Semple Affidavit.

9. Debtor is informed that the Firm will charge IIS those hourly rates set forth in **Exhibit A** attached hereto, for tax and accounting services and Debtor believes that said rates are reasonable for professionals with equal experience providing similar accounting and tax services in the District of Arizona.

10. The Firm intends to apply to the Court for allowance of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of the United States Bankruptcy Court for the District of Arizona.

11. The Firm has not been paid a retainer by the Debtor.

WHEREFORE, the Debtor respectfully requests that the Court approve its employment of the Firm to provide tax and accounting services to the Debtor at the rates set forth in **Exhibit A**.

///

///

315166            -3-

| | |
|---|---|
| 1 | RESPECTFULLY SUBMITTED this 30th day of August, 2006. |
| 2 | |
| 3 | **TIFFANY & BOSCO, P.A.** |
| 4 | /s/ Jeffrey A. Sandell (#020658)<br>By: _____ |
| 5 | Christopher R. Kaup, Esq.<br>Jeffrey A. Sandell, Esq. |
| 6 | Third Floor Camelback Esplanade II<br>2525 East Camelback Road |
| 7 | Phoenix, Arizona 85016-4237<br>*Counsel for Debtor* |

RESPECTFULLY SUBMITTED this 30th day of August, 2006.

**TIFFANY & BOSCO, P.A.**

By: /s/ Jeffrey A. Sandell (#020658)
Christopher R. Kaup, Esq.
Jeffrey A. Sandell, Esq.
Third Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
*Counsel for Debtor*

ORIGINAL filed electronically with the United States Bankruptcy Court, District of Arizona, on this 30th day of August, 2006, and a COPY of the foregoing mailed this same day to:

Office of the United States Trustee
230 N. First Avenue, Suite 204
Phoenix, Arizona 85003-1706

Paul Sala, Esq.
Allen & Sala, P.L.C.
1850 N. Central Avenue, Suite 1150
Phoenix, Arizona 85004
*Counsel for the Petitioning Creditors*

Gerald Shelley, Esq.
Quarles & Brady Streich Lang, L.L.P.
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
*Counsel for ABN Investments, L.L.C.*

Larry Watson, Esq.
Office of the United States Trustee
230 N. First Avenue, Suite 204
Phoenix, Arizona 85003

/s/ Stephanie Canez
_____

315166 -4-

**EXHIBIT A**

**Standard Hourly Billing Rates:**

| | |
|---|---|
| Assurance and Tax Partner | $220 - $295 |
| Engagement Managers | $175 - $210 |
| Engagement Supervisors | $120 - $155 |
| Engagement Seniors and Staff | $ 85 - $ 95 |

**Audit and Accounting Services**

Assurance Partners
- Robert M. Semple — $295
- Steve Marchal — $260
- Debby Tutrone — $220
- Guy Mechlem — $220

Senior Managers
- Eric Kline — $175
- James Schroepfer — $210
- Craig Smith — $190

Managers/ Supervisors/ Seniors
- Kim Conley — $155
- Chad Van Sickle — $130
- Maria Tellez — $120
- WeiRong Shi — $115
- Jordan Taylor — $105

Staff Accountants — $ 90 - $115

Administrative Staff — $ 50 - $ 80

**Tax Planning and Compliance Services**

Tax Partners
- Brian Semple — $260
- Howard Rubenstein — $190

Senior Managers
- PJ Pelliccio — $185
- James Spear — $220

Supervisors/ Seniors
- Debra Mendenhall — $115
- Jane Schaffer — $ 90

Administrative Staff
- Jane Parson — $ 45