Christopher R. Kaup, Esq.
AZ State Bar No. 014820
Jeffrey A. Sandell, Esq.
AZ State Bar No. 020658
**TIFFANY & BOSCO**
——— P.A. ———
THIRD FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016B4237
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0103

*Attorneys for Debtor, Integrated Information Systems, Inc.*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | (Chapter 11 Proceeding) |
|---|---|
| INTEGRATED INFORMATION SYSTEMS, INC., | Case No. 2:06-bk-01257-RTB |
| Debtor. | **DECLARATION OF ROBERT M. SEMPLE PURSUANT TO F.R.B.P. 2014 & 2016** |

I, Robert M. Semple, hereby declare as follows:

1. I am a partner with the accounting firm of Semple & Cooper, LLP (the "Firm") with offices located at 2700 North Central Avenue, Ninth Floor, Phoenix, Arizona and, as such, I am authorized to make this Affidavit on behalf of the Firm;

2. Semple & Cooper, LLP is a regional Certified Public Accounting firm with offices in Phoenix, Arizona and Las Vegas, Nevada. The firm of Semple & Cooper, LLP was formed and licensed in July 1982 (*License Number 07-516602*). Semple & Cooper, LLP is a member of the Securities and Exchange Commission Practice Section and the Private Companies Practice Section of the American Institute of Certified Public Accountants -

Division for CPA Firms, as well as the Management Advisory Services Practice Section of the American Institute of Certified Public Accountants. The Firm is also registered with the Public Company Accounting Oversight Board, and is a member of the Arizona and Nevada Societies of Certified Public Accountants and the American Institute of Certified Public Accountants.

3. A true and correct copy of the Firm's resume is attached hereto as **Exhibit A**.

4. The Firm has substantial experience in providing accounting and tax related services to businesses such as IIS.

5. Based on an internal conflict check, the Firm does not represent any person or entity holding an interest adverse to the Debtors or the Bankruptcy Estate;

6. To the best of my knowledge, neither I nor any other member or employee of the Firm has any connection with the Debtor, any of the creditors, any other party in interest in this Bankruptcy Case, the United States Trustee or any person employed in the Office of the United States Trustee;

7. To the best of my knowledge, the Firm is a "disinterested person", as defined in Section 101(14) and as required by section 327(a) of the Bankruptcy Code.

8. Prior to the entry of the Order for Relief, the Firm was retained by the Debtor and did perform certain professional services for the Debtor. However, the Debtor does not owe the Firm any sums for services rendered prior to the commencement of this case.

9. The Firm has not received a retainer from the Debtor for services to be provided post-order for relief.

10. The Firm intends to charge IIS those hourly rates set forth in **Exhibit B** attached hereto, for tax and accounting services. I believe those rates are reasonable for professionals with equal experience providing similar accounting and tax services in the District of Arizona.

11. Any compensation awarded to the Firm and allowed to be paid by the Court will not be shared with any other person and no such agreement for such sharing of compensation exists, except for the ordinary routine agreements for the sharing of compensation between members of the Firm;

12. The Firm will maintain detailed records of any actual and necessary costs and expenses incurred in connection with the services to be provided by the Firm.

13. The Firm will apply to the Court for allowance of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of the United States Bankruptcy Court for the District of Arizona.

I declare under penalty of perjury under the laws of the state of Arizona that the foregoing is true and correct.

DATED this 29th day of August, 2006.

**SEMPLE & COOPER, L.L.P.**

_____
Robert M. Semple

315165 -3-

**EXHIBIT A**

# FIRM RESUME

Semple & Cooper, LLP is a regional Certified Public Accounting firm with offices in Phoenix, Arizona and Las Vegas, Nevada. The firm of Semple & Cooper, LLP was formed and licensed in July 1982 (*License Number 07-516602*). Semple & Cooper, LLP is a member of the Securities and Exchange Commission Practice Section and the Private Companies Practice Section of the American Institute of Certified Public Accountants - Division for CPA Firms, as well as the Management Advisory Services Practice Section of the American Institute of Certified Public Accountants. The Firm is also registered with the Public Company Accounting Oversight Board, and is a member of the Arizona and Nevada Societies of Certified Public Accountants and the American Institute of Certified Public Accountants.

Semple & Cooper, LLP is an alliance member of BDO Seidman, LLP, an international accounting firm with nearly 600 offices worldwide, which provides tax, accounting, auditing and management consulting services. BDO is ranked as the seventh largest international accounting firm. As an alliance member, Semple & Cooper, LLP has access to the technical resources and the myriad of professional consulting services provided by BDO Seidman, LLP, and can draw upon these technical resources and consulting services in providing professional services to its clients.

Semple & Cooper, LLP is one of the pre-eminent regional Certified Public Accounting firms in the Southwest in providing professional accounting, auditing, tax and management consulting services. In Arizona, we have a staff of 35, including five Partners. Our expectations are for continued growth, both short and long-term to keep pace with the needs of our clients. To meet these needs, we have concentrated our efforts towards recruiting the best professional talent available from universities in Arizona and throughout the United States.

To ensure our public company clients are audited in accordance with the highest standards of quality, independence and ethics, Semple & Cooper, LLP is a participating member of the PCAOB (Public Company Accounting Oversight Board). The PCAOB is a private-sector, non-profit corporation, created by the Sarbanes-Oxley Act of 2002, to oversee the auditors of public companies in order to protect the interests of investors and further the public interest in the preparation of informative, fair, and independent audit reports.

We are a full-service professional firm, dedicated to providing clients with services of the highest quality without compromising our responsibilities to those who rely upon our independence. Our people, their technical breadth, depth, and experience, and our clientele are our greatest strengths. Together, they give us the ability and competence to provide clients with timely, economic, high quality service.

The Firm offers audit and accounting-related services, together with sound business and financial advice and a full range of tax planning and management consulting services. We believe we will deliver maximum value to our clients by approaching our work from a multi-discipline perspective.

We value our independence and the credibility it allows us with those to whom we have responsibilities and with the community at large. We will work to continue to assure that all services we offer will be consistent with our public responsibility to protect the interest of those who rely upon us for independent opinion and judgment on matters involving financial and business-related decisions.

Semple & Cooper, LLP is an innovative, high quality firm, committed to responsiveness in delivery of services.

**EXHIBIT B**

**Standard Hourly Billing Rates:**

| | |
|---|---|
| Assurance and Tax Partner | $220 - $295 |
| Engagement Managers | $175 - $210 |
| Engagement Supervisors | $120 - $155 |
| Engagement Seniors and Staff | $ 85 - $ 95 |

**Audit and Accounting Services**

Assurance Partners
- Robert M. Semple — $295
- Steve Marchal — $260
- Debby Tutrone — $220
- Guy Mechlem — $220

Senior Managers
- Eric Kline — $175
- James Schroepfer — $210
- Craig Smith — $190

Managers/ Supervisors/ Seniors
- Kim Conley — $155
- Chad Van Sickle — $130
- Maria Tellez — $120
- WeiRong Shi — $115
- Jordan Taylor — $105

Staff Accountants — $ 90 - $115

Administrative Staff — $ 50 - $ 80

**Tax Planning and Compliance Services**

Tax Partners
- Brian Semple — $260
- Howard Rubenstein — $190

Senior Managers
- PJ Pelliccio — $185
- James Spear — $220

Supervisors/ Seniors
- Debra Mendenhall — $115
- Jane Schaffer — $ 90

Administrative Staff
- Jane Parson — $ 45