**SO ORDERED.**

Dated: September 05, 2006

_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

*Submitted by:*
Christopher R. Kaup, Esq.
AZ State Bar No. 014820
Jeffrey A. Sandell, Esq.
AZ State Bar No. 020658
**TIFFANY & BOSCO**
———— P.A. ————
THIRD FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-4237
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0103

*Counsel for Debtor, Integrated Information Systems, Inc.*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In re:

INTEGRATED INFORMATION SYSTEMS, INC.,

          Debtor.

(Chapter 11 Proceeding)

Case No. 2:06-bk-01257-RTB

**ORDER GRANTING APPLICATION TO EMPLOY SEMPLE & COOPER, L.L.M. AS ACCOUNTANTS FOR DEBTOR**

This matter came before the Court on the Debtor's "Application to Employ Accounting Firm" (hereafter "Accountants' Application"), and the "Declaration of Robert M. Semple Pursuant to F.R.B.P. 2014 & 2016" in support thereof, filed by Integrated Information Systems, Inc. ("IIS"), which seeks, pursuant to 11 U.S.C. §§ 327 & 1107 and Rule 2014, Fed.R.Bankr.P., an order authorizing it to employ Semple & Cooper, L.L.P. ("S&C") as its accountants; the Court finding that notice of the Accountants' Application was sufficient, and good cause appearing, the Court finds as follows: (1) that S&C holds no interest adverse to the

315673          -1-

bankruptcy estate of the above-captioned case; (2) that S&C is a disinterested person as required by 11 U.S.C. §327(a) and within the meaning of 11 U.S.C. § 101(14); (3) that S&C has disclosed any connections with parties as set forth in Bankruptcy Rule 2014; and (4) that the employment of S&C as accountants for the Debtor in the above captioned case is necessary and would be in the best interest of IIS and the bankruptcy estate; accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the Accountants' Application is granted;

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that IIS is hereby authorized to retain S&C as is accountants in connection with this Chapter 11 case.

DATED this ___ day of August, 2006.

_____
Honorable Redfield T. Baum
United States Bankruptcy Judge

315673   -2-