**LANE & NACH, P.C.**
2025 North Third Street, Suite 157
Phoenix, AZ 85004
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Our File No. 16000.264

Michael P. Lane – 007435
Email: michael.lane@lane-nach.com

Attorneys for Semple, Marchal & Cooper, LLC

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>INTEGRATED INFORMATION SYSTEMS, INC.<br><br>Debtor. | (Chapter 11 Case)<br><br>No. 2:06-bk-01257-RTB<br><br>**ORDER EXTENDING BRIEFING SCHEDULE** |

Upon the Motion to Extend Briefing Schedule filed by Semple, Marchal & Cooper, LLC., ("SMC") and good cause appearing therefor;

IT IS HEREBY ORDERED granting SMC's Motion.

IT IS FURTHER ORDERED that SMC shall filed the supplement to its Application on or before January 15, 2010, and any opposition by the Debtor shall be filed no later than January 22, 2010.

**DATED AND SIGNED ABOVE**