# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| Debtor: | INTEGRATED INFORMATION SYSTEMS, INC. |
| Case Number: | 2:06-BK-01257-RTB    Chapter: 11 |
| Date / Time / Room: | TUESDAY, MARCH 16, 2010 09:00 AM   7TH FLOOR #703 |
| Bankruptcy Judge: | REDFIELD T. BAUM |
| Courtroom Clerk: | LORRAINE DAVIS |
| Reporter / ECR: | JUANITA PIERSON-WILLIAMS |

## Matter:

PRETRIAL CONFERENCE IN RE: DEBTOR'S OBJECTION TO APPLICATION FOR ATTORNEY OR OTHER PROFESSIONAL FEES OF ACCOUNTANT SEMPLE, MARCHAL & COOPER, L.L.C.
R / M #:   126 / 0

## Appearances:

DARRELL DORSEY,  ATTORNEY FOR INTEGRATED INFORMATION SYSTEMS, INC.
MIKE LANE, ATTORNEY FOR SEMPLE

## Proceedings:

Counsel discuss the scheduling of an evidentiary hearing with regard to the fee application.

COURT:  IT IS ORDERED directing the parties to file a joint pretrial statement no later than 6/8/10.  A continued
        pretrial conference is set for 6/15/10 @ 9:00 a.m.  The court directs counsel to discuss the possibility of
        mediation with their clients.